**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Daito Kentaku USA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24cv1538 |
| | ) | |
| | ) | |
| Comstock Partners, LC, et al | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

Pursuant to the order of this Court entered on September 30, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Daito Kentaku USA, LLC, as to Counts I and II and Defendants, CP Management Services, LC, CRS RB4 Holdings, LC, Comstock Employee Ventures, LC, and Comstock Partners, LC, as to Count I of the Amended Counterclaim. (1) Daito's challenge to the First (1x) Dilution under Section 5.2(e) is time barred and that dilution remains operative. (2) Daito's ownership interest was not properly diluted pursuant to the Second (2x) Dilution under Section 15.20(b); (3) Daito's ownership interest may be properly diluted by 1.5x under Section 15.20(a); (4) Comstock's withholding of distributions from Daito pursuant to Section 6.2(a) is proper; (5) Daito retains its rights to initiate a buy-sell election under Section 12.3(a) in the event that Daito and Comstock are unable to agree on matters set forth therein.

LAURA GRIFFIN, CLERK OF COURT

By: /s/
D. Van Metre
Deputy Clerk

Dated: 09/30/2026
Alexandria, Virginia