**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| DAITO KENTAKU USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRS RB4 HOLDINGS, LC, et al.<br><br>Defendants. | Civil Action No. 1:24-cv-01538 |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant/Counterclaimant CRS RB4 Holdings LC, and Defendants Comstock Partners, LC, Comstock Employee Ventures, LC, and CP Management Services, LC, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on September 30, 2026, granting in part Plaintiff's Motion for Summary Judgment and denying in part Defendants' Motion for Summary Judgment (Dkt. 159), and the judgment entered that same day (Dkt. 160).

Dated: October 28, 2026

Respectfully submitted,

*/s/ Christian R. Schreiber*

Nicholas M. DePalma (VSB No. 72886)
Christian R. Schreiber (VSB No. 89544)
Carly M. Celestino (VSB No. 94700)
VENABLE LLP
1850 Towers Crescent Plaza, Ste. 400
Tysons, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
Email: nmdepalma@venable.com
crschreiber@venable.com
cmcelestino@venable.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

*\/s\/ Christian R. Schreiber*
Nicholas M. DePalma (VSB No. 72886)
Christian R. Schreiber (VSB No. 89544)
Carly M. Celestino (VSB No. 94700)
VENABLE LLP
1850 Towers Crescent Plaza, Ste. 400
Tysons, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
Email: nmdepalma@venable.com
crschreiber@venable.com
cmcelestino@venable.com

*Counsel for Defendants*