**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DAITO KENTAKU USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRS RB4 HOLDINGS, LC, et al.<br><br>Defendants. | Civil Action No. 1:24-cv-01538 (AJT/LRV) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Daito Kentaku USA, LLC ("Daito"), by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on September 30, 2026, granting in part Daito's Motion for Summary Judgment and denying in part Defendants' Motion for Summary Judgment (Dkt. No. 159), and the Judgment entered on the same day (Dkt. No. 160).

Dated: October 28, 2026

**DAITO KENTAKU USA, LLC**
By Counsel

*/s/ Shirin Afsous*

Shirin Afsous, VSB No. 89999
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: shirin.afsous@gtlaw.com

Pamela J. Marple
Mitsuru Tadatsu
Jasmine Sharma
*pro hac vice*
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Tel: (202) 331-3100
Fax: (202) 331-3101
Email: pamela.marple@gtlaw.com
tadatsum@gtlaw.com
jasmine.sharma@gtlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2026, a true and correct copy of the foregoing was filed electronically with the Court through the CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Shirin Afsous*
Shirin Afsous
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: shirin.afsous@gtlaw.com